# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHAD HOLDER**<br>    *Plaintiff,*<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. _____**<br><br><br>JURY |

## INDEX OF MATTERS FILED

1. **Defendant State Farm Mutual Automobile Insurance Company's Notice of Removal**

2. **Civil Cover Sheet**

3. **Exhibit A**
   **Index of Matters Filed**
   **List of All Counsel of Record**

4. **Exhibit B**
   **Docket Sheet**
   **Plaintiff's Original Petition**
   **Citation Issued to Defendant State Farm Mutual Automobile Insurance Company**
   **Defendant State Farm Mutual Automobile Insurance Company's Original Answer**

## COUNSEL OF RECORD

**COUNSEL FOR DEFENDANT:**

M. Micah Kessler
State Bar No. 00796878
S.D. Tex. I.D. 21206
Morgan Y. Bird
State Bar No. 24109646
S.D. Tex. I.D. 3362863
Nistico, Crouch & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
Telephone: (713) 781-2889
Telecopier: (713) 781-7222

**COUNSEL FOR PLAINTIFF:**

Gary E. Patterson
State Bar No. 15590830
Gary E. Patterson, P.C.
1214 Elgin Street
Houston, Texas 77004
Telephone: (713) 223-3095
Facsimile: (713) 510-1584